IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00313 **AWI** |
| | ) | |
| Plaintiff, | ) | **ORDER RE APPOINTMENT** |
| | ) | **OF RETAINED COUNSEL** |
| v. | ) | |
| | ) | |
| MARY J. CLAGG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Mary J. Clagg is currently represented by retained counsel Roger T. Nuttall. Defendant has provided sufficient information to the court to show that she is indigent, and is not financially able to continue to be represented by retained counsel. Defendant has requested that the court appoint retained counsel Roger T. Nuttall to continue to represent her in this case.

"A criminal defendant is entitled to the retained counsel of his choice (though not to the appointed counsel of his choice)." *United States v. Lillie*, 989 F.2d 1054, 1055 (9th Cir. 1993) (overruled on other grounds).  Appointment of retained counsel who is not a member of the CJA Panel should be made only in exceptional circumstances, where the court determines that the interest of justice, judicial economy, continuity of representation or some other compelling circumstances warrant such appointment. (see 18 U.S.C. §3006A(c); Guideline for the Administration of the CJA Panel, Section D).

The court has reviewed the information submitted on behalf of Defendant in support of her request. The court finds that there are insufficient facts contained in the submitted information to justify the appointment of Mr. Nuttall. Mr. Nuttall is not a CJA panel member. This case is at the early stages of the proceedings. There is no indication that this case is so factually or legally complex that an attorney from the Federal Defender's Office or the CJA Panel cannot adequately represent Defendant.

THEREFORE, IT IS HEREBY ORDERED that Defendant's request that retained counsel Roger T. Nuttall be appointed to represent Defendant in this case is DENIED. Defendant is referred to the Office of the Federal Defender for appointment of counsel. A copy of this Order shall be sent to the Fresno Office of the Federal Defender for the Eastern District of California to take appropriate action consistent with this Order.

IT IS SO ORDERED.

**Dated:   May 1, 2008**                             **/s/ Anthony W. Ishii**
                                      UNITED STATES DISTRICT JUDGE