DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S. V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY J. CLAGG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>MARY J. CLAGG,<br><br>　　　　　*Defendant.* | No. 1:07-CR-00313 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:   June 29, 2009<br>Time:   9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON,  Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, MARY J. CLAGG, that the date for status conference may be continued to June 29, 2009, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is June 15, 2009. The requested new date is June 29, 2009.**

　　　　This request for continuance is made by defense counsel, as he will be out of town on the currently set date of June 15, 2009 and defense counsel needs more time to investigate

　　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  For this

///

1 reason, the ends of justice served by the granting of the requested continuance outweigh the
2 interests of the public and the defendant in a speedy trial.

                                                           LAWRENCE G. BROWN
                                                           Acting United States Attorney

DATED: June 3, 2009                          By /s/ Mark J. McKeon
                                                           MARK J. McKEON
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

DATED: June 3, 2009                          By /s/ Douglas J. Beevers
                                                           DOUGLAS J. BEEVERS
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           Mary J. Clagg

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 4, 2009**                              **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE